

JENNIFER L. FALK
PARTNER
jfalk@mccathernlaw.com

December 29, 2023

**By CM/ECF**
The Honorable P. Kevin Castel
Southern District of New York
500 Pearl St.
New York, NY, 10007

Re: *United States of America v. Charles Riley Constant, a/k/a "Chuck Constant"; 23 Cr. 379 (PKC)*

Dear Judge Castel:

I write to respectfully request an adjournment of roughly sixty (60) days for the sentencing proceeding of Charles "Chuck" Constant, which is currently set for 1:00pm on Tuesday, January 16, 2023. I have spoken with Assistant United States Attorney S. Lai who does not object to this second request and agrees with an adjournment not to exceed sixty days.

After initial sessions with a mental health provider, Mr. Constant now has a neuropsychogical evaluation scheduled for January 12, 2024. We anticipate that Dr. Braga will prepare a report and provide supporting documentation for the Court's consideration at sentencing.

We are asking that you adjourn the sentencing proceeding for no more than sixty days, but I am asking that it not be set the week of March 10th, as I will be on vacation with my family.

Thank you advance for your consideration of this unopposed request.

Regards,

Jennifer L. Falk

Sentencing adjourned from January 16, 2024 to March 6, 2024 at 11:00 a.m. in Courtroom 11D.
SO ORDERED.
Dated: 1/2/2024

P. Kevin Castel
United States District Judge

ONE COWBOYS WAY, SUITE 175 | FRISCO, TEXAS 75034 | PHONE: 214-741-2662 | FAX: 214-741-4717 | MCCATHERNLAW.COM

FRISCO    HOUSTON    DALLAS    LOS ANGELES