# MCCATHERN

JENNIFER L. FALK
PARTNER
jfalk@mccathernlaw.com

*Sentencing adjourned from March 6, 2024 to April 25, 2024 at 2:00 p.m. in Courtroom 11D. SO ORDERED.*
*Dated: 2/15/2024*

*/s/ P. Kevin Castel*
P. Kevin Castel
United States District Judge

February 14, 2024

**By CM/ECF**
The Honorable P. Kevin Castel
Southern District of New York
500 Pearl St.
New York, NY, 10007

      Re:    *United States of America v. Charles Riley Constant, a/k/a "Chuck Constant"; 23 Cr. 379 (PKC)*

Dear Judge Castel:

    I write to respectfully request an adjournment of forty-five (45) days for the sentencing proceeding of Charles "Chuck" Constant, which is currently set for 11:00 a.m. on Wednesday, March 6, 2024. I have spoken with Assistant United States Attorney A. Chan who does not object to this request and agrees with an adjournment not to exceed forty-five (45) days.

    On Tuesday, February 13, 2024, after reviewing filings in a related case (United States v. Brandon Austin, 23 Cr. 199(PKC)), I spoke with Assistant United States Attorney A. Chan requesting discovery from the government on an "attorney's eyes only" basis. He agreed to provide the discovery and did so on February 13, 2024. The discovery provided is substantial. I have begun reviewing this discovery; however, I will not be able to fully review them prior to our sentencing memorandum being due. Additionally, I may need additional time if I believe that any of the materials are relevant to Mr. Constant's sentencing to potentially begin the process of seeking approval to provide them to my Client, United States Probation, and the Court.

    We are asking that you adjourn the sentencing proceeding for no more than forty-five (45) days, setting it the week of April 22, 2024.

    Thank you in advance for your consideration of this unopposed request.

Regards,

Jennifer L. Falk